UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  CHAPTER 13
Martha Marie Zettelmaier, Debtor(s).  CASE NO. 14-48016-WSD
_____/  JUDGE WALTER SHAPERO

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The Trustee requests that the debtor provide copies of three (3) post-petition paystubs at the §341 First Meeting of Creditors.

2. Debtor(s) has/have failed to provide for the residential lease as a part of the Chapter 13 Plan and schedules.

3. The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

    a. Charitable contributions - $200.00. The Trustee further objects to the debtor's failure to disclose the recipient of the contribution in the Statement of Financial Affairs, paragraph number 7 and the Trustee requests an amendment of same.
    b. Pet food, supplies, vet, etc. - $200.00
    c. Rent or home ownership expense - $866.00

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

July 9, 2014  /s/ *Tammy L. Terry*
/s/TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 14-48016-WSD |
| Martha Marie Zettelmaier, Debtor(s). | JUDGE WALTER SHAPERO |
| _____/ | |

## CERTIFICATE OF MAILING

I hereby certify that on July 14, 2014, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

*/s/ Patrice N. Watson*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Martha Marie Zettelmaier
620 Hollis Ave.
Ypsilanti, MI 481980000

Babut Law Offices, PLLC
700 Towner Street
Ypsilanti, MI 481980000